UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DONALD DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART INC. et al.,<br><br>        Defendants. | Case No. 1:22-cv-01381-ADA-CDB<br><br>**ORDER RESETTING SCHEDULING CONFERENCE**<br><br>(Doc. 13) |

      On January 6, 2023, the Court notified the parties that the Scheduling Conference in this case was reset for February 23, 2023, at 10:00 a.m. (Doc. 7). The courtroom deputy provided the Zoom connection information via email to counsel for the parties in advance of the Scheduling Conference. At the conference, counsel for Defendant Walmart Inc. timely appeared. Plaintiff was not present at 10:05 a.m. when the Court convened, despite attempts by Defendant's counsel and the courtroom deputy to contact the law firm representing Plaintiff.

      At approximately 10:07 a.m., attorney Arturo Salinas joined the conference via Zoom and announced his appearance for Plaintiff. Mr. Salinas reported that his tardiness and failure to appear in proper courtroom attire were attributable to the fact that, due to a calendaring error, he had been unaware of the Scheduling Conference. Mr. Salinas is directed to exercise better care in all future proceedings, and to appear timely and in appropriate attire.

      The Scheduling Conference is reset to <u>March 28, 2023, at 9:30 a.m</u>. The parties shall

appear at the conference remotely via Zoom video conference, and the Zoom ID and password will be provided to counsel by the Courtroom Deputy prior to the conference. In the event the parties wish to adjust any dates set forth in the previously filed Joint Scheduling Report (Doc. 11), they shall prepare and file any revised joint report at least one week prior to the conference. The joint report also shall be emailed, in Word format, to CDBorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **February 23, 2023**

_____
UNITED STATES MAGISTRATE JUDGE