IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DONALD DAVIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WALMART, INC., and DOES 1 to 50,<br><br>　　　　　　　　　　　Defendants. | CASE NO.  1:22-CV-01381-ADA-CDB<br><br>ORDER SEALING FILING AS SET FORTH IN DEFENDANTS' APPLICATION<br><br>Doc. 37 |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendants' Notice and Request to seal, filed and emailed to the undersigned chambers on June 26, 2023 (Doc. 37), IT IS HEREBY ORDERED that the "Supplement" filed on June 16, 2023 (Doc. 34), shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendants' Notice and Request, sealing the "Supplement" serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendants would be harmed.  In light of the public filing of Defendants' Notice and Request (Doc. 37), the Court further finds that there are no additional alternatives to sealing the Supplement that would adequately protect the compelling interests identified by Defendants.

/ / /

ACCORDINGLY, Defendants' application to file the Supplement under seal is GRANTED, and the Clerk of Court is DIRECTED to seal the Supplement (Doc. 34).

IT IS SO ORDERED.

Dated: **June 27, 2023**

_____
UNITED STATES MAGISTRATE JUDGE