UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DONALD DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01381-ADA-CDB<br><br>ORDER ON STIPULATION CONTINUING EXPERT DISCOVERY DEADLINES <u>AS MODIFIED</u><br><br>(Doc. 46) |

　　　　Pending before the Court is the parties' stipulated request to extend the expert discovery deadlines set forth in the Scheduling Order by 90 days. (Doc. 46 at 2).

　　　　The parties represent in their stipulation that they believe the case is in a posture to be settled during or near the date set for the mandatory settlement conference (September 15, 2023). The parties seek to extend the expert discovery dates to avoid incurring expert witness costs prior to the settlement conference and enhance their ability to settle this case.

　　　　While the Court is cognizant of and respects the parties' wishes to avoid incurring unnecessary costs, the problem with the parties' proposed extension is that it would require an in-kind extension of the deadline for filing dispositive motions and pretrial and trial dates. The Court does not believe the parties' representations in support of their stipulated request present good cause to adjust all remaining case management dates (Doc. 17); however, in the interests of conserving resources and facilitating case efficiencies, the Court will extend the expert

discovery deadlines to the extent such extension will not adversely impact the remaining case management dates.

Accordingly, based on the parties' representations in their stipulation and for good cause shown, IT IS HEREBY ORDERED that that the following case management dates are extended:

1. The expert disclosure deadline shall be extended from September 15, 2023, to **November 14, 2023**.
2. The rebuttal expert disclosure deadline shall be extended from October 13, 2023, to **December 12, 2023**.
3. The expert discovery cutoff date shall be extended from November 17, 2023, to **January 16, 2024**.

IT IS SO ORDERED.

Dated:   **August 23, 2023**   _____
UNITED STATES MAGISTRATE JUDGE